**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA, NEW ALBANY DIVISION

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Adrienne & Company, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA Adrienne & Company <br> DBA Adrienne & Co Bakery Cafe <br> AKA Adrienne's |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 73-1657302 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 129 West Court Avenue <br> Jeffersonville, IN 47130 <br> Number, Street, City, State & ZIP Code <br><br> Clark <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 129 West Court Avenue Jeffersonville, IN 47130 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.cakestoday.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   Adrienne & Company, Inc.
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

3118

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:
  - [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor      Adrienne & Company, Inc.                                           Case number (*if known*) _____
            Name

**11.  Why is the case filed in** *this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

          Contact name   _____

          Phone   _____

---

### Statistical and administrative information

**13.  Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  Adrienne & Company, Inc.                                    Case number (*if known*) _____
          Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 5, 2026
              MM / DD / YYYY

**X** /s/   Bernard Pasquantino                              Bernard Pasquantino
Signature of authorized representative of debtor             Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ James Guilfoyle                              Date   August 5, 2026
Signature of attorney for debtor                              MM / DD / YYYY

James Guilfoyle
Printed name

James C. Guilfoyle
Firm name

1829 East Spring Street
STE 101
New Albany, IN 47150
Number, Street, City, State & ZIP Code

Contact phone _____     Email address   jfg@inkylegal.com

IN
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Fill in this information to identify the case:

Debtor name: Adrienne & Company, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA, NEW ALBANY DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ADP, Inc. P.O. Box 830272 Philadelphia, PA 19182-0272 | | Payroll processing services | | | | $4,200.00 |
| Associates in Accounting CPA Attn: Irina Zatlin 9405 Mill Brook Rd, Suite 102 Louisville, KY 40223 | | Professional fees - accounting services including PPP second draw preparation | | | | $19,150.00 |
| Bank of America P.O. Box 660710 Dallas, TX 75266-0710 | | Credit card - account in name of Bernard Pasquantino used for company purchases; debtor liability disputed (books carried $3,791 at 12/31/2024) | Disputed | | | $4,700.00 |
| Carney Landmark, LLC c/o Hogan Real Estate 9300 Shelbyville Road, Suite 1300 Louisville, KY 40222 | | Settlement note - $43,218 @ 8%, $1,500/mo (Harrison Cir. Ct. 31C01-2309-CC-000308, dismissed); balance assumes payments current - verify | | | | $7,497.38 |
| Dawn Food Products, Inc. Attn: Rob Lee 3333 Sargent Rd Jackson, MI 49201 | | Trade debt - food and ingredient purchases | | | | $19,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor    Adrienne & Company, Inc.
_____    Case number *(if known)*    _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Enterprise Rent-A-Car | | Vehicle rental account; any claim contingent, unliquidated, and disputed; address needed from client | Contingent Unliquidated Disputed | | | $0.00 |
| Five Star Food Service, Inc. | | Trade debt - food service/vending; address needed from client | | | | $1,351.27 |
| Gordon Food Service, Inc. | | Trade debt - food supplier account; address needed from client | Unliquidated | | | $0.00 |
| Hollis Rentals | | Ongoing rental account per check register; nature and amount to be confirmed with client | Unliquidated | | | $0.00 |
| Hyland Filter Service, Inc. Attn: McKena Beld 610 Locust Lane Louisville, KY 40217 | | Trade debt - kitchen exhaust/filter cleaning service | | | | $400.00 |
| Indiana Department of Revenue 100 N. Senate Ave. Indianapolis, IN 46204 | | 2024 Indiana corporate income tax per IT-20S return; client to verify whether paid before filing | | | | $1,930.00 |
| Lorch Naville Ward LLC 506 State Street, P.O. Box 1343 New Albany, IN 47151 | | Legal fees for services rendered | | | | $6,513.95 |
| M2 Equipment Finance LLC | | Equipment financing; UCC search pending - listed unsecured pending confirmation of any lien; amount to be confirmed | Unliquidated | | | $0.00 |
| Myra Martino | | Recurring payments per check register; nature of obligation and amount to be confirmed with client | Unliquidated | | | $0.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Debtor   Adrienne & Company, Inc. _____     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RiverLink P.O. Box 646000 Cincinnati, OH 45264 | | Bridge tolls/violations - delivery van OWNED BY and billed to Tech Plant Investment Inc. (affiliate); liability disputed | Disputed | | | $5,534.00 |
| Square Financial Services, Inc. 3165 E Millrock Drive, Suite 160 Salt Lake City, UT 84121 | | Continuing lien per Loan Agreement Sec. 2(i) on Square/Block accounts, receivables, and UCC all-asset categories (Jeffersonville location 4EKVSS1323CDX). Loan originated 3/1/2023, orig. balance $127,971; matured 9/1/2024 - in default. Perfection unverified - UCC search needed. | | $72,028.59 | $0.00 | $72,028.59 |
| Square Financial Services, Inc. 3165 E Millrock Drive, Suite 160 Salt Lake City, UT 84121 | | Continuing lien per Loan Agreement Sec. 2(i) on Square/Block accounts, receivables, and UCC all-asset categories (Floyds Knobs donut shop, location 2SQ8679GQHV85). Loan originated 11/18/2022, orig. balance $93,891; matured 5/18/2024 - in default. Perfection unverified - UCC search needed. | | $28,416.23 | $0.00 | $28,416.23 |
| Square Financial Services, Inc. 3165 E Millrock Drive, Suite 160 Salt Lake City, UT 84121 | | Business loan - Corydon location (matured 8/3/2024; no lien - loan under $75,000) | | | | $5,224.78 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Adrienne & Company, Inc.
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sugar and Spice Donut Shop | | Business loan - carried on books at $3,000 (12/31/2024); no address on records | | | | $3,000.00 |
| UniFirst Corporation 2900 Blankenbaker Parkway Louisville, KY 40299 | | Judgment - Clark Circuit Court 6, No. 10C06-2511-MI-00 0192 (confirmed AAA award; 18% per annum) | | | | $77,444.13 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 4

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

ADP, Inc.
P.O. Box 830272
Philadelphia, PA 19182-0272

Associates in Accounting CPA
Attn: Irina Zatlin
9405 Mill Brook Rd, Suite 102
Louisville, KY 40223

Bank of America
P.O. Box 660710
Dallas, TX 75266-0710

Bernard D. Pasquantino
5025 Edwardsville Galena Road
Floyds Knobs, IN 47119

Block, Inc. / Square

Carney Landmark, LLC
c/o Hogan Real Estate
9300 Shelbyville Road, Suite 1300
Louisville, KY 40222

Christ Gospel Church

Christopher L. King, Lorch Naville Ward
506 State Street, P.O. Box 1343
New Albany, IN 47151

Dawn Food Products, Inc.
Attn: Rob Lee
3333 Sargent Rd
Jackson, MI 49201

Enterprise Rent-A-Car

Five Star Food Service, Inc.

Five Star Food Service, Inc.

Gordon Food Service, Inc.

Grange Insurance

Hollis Rentals

Hollis Rentals

Hyland Filter Service, Inc.
Attn: McKena Beld
610 Locust Lane
Louisville, KY 40217


Indiana Department of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204


Kevin K. McCormick, SDHMR Law Group, LLP
215 South 10th Street
Noblesville, IN 46060


Lorch Naville Ward LLC
506 State Street, P.O. Box 1343
New Albany, IN 47151


M2 Equipment Finance LLC


M2 Equipment Finance LLC


Myra Martino


RiverLink
P.O. Box 646000
Cincinnati, OH 45264


SignaPay / Paradise POS


Sofo Foods


Square Financial Services, Inc.
3165 E Millrock Drive, Suite 160
Salt Lake City, UT 84121


Storage Express


Storage Express


Sugar and Spice Donut Shop


Tech Plant Investment Inc.
129 W. Court Avenue
Jeffersonville, IN 47130


The Hartford


UniFirst Corporation
2900 Blankenbaker Parkway
Louisville, KY 40299

Various subscription vendors (FreshBooks

# United States Bankruptcy Court
## Southern District of Indiana, New Albany Division

In re   Adrienne & Company, Inc.                                Case No.
                                        Debtor(s)        Chapter        11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Adrienne & Company, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 5, 2026                             /s/ James Guilfoyle
Date                                       James Guilfoyle
                                           Signature of Attorney or Litigant
                                           Counsel for   Adrienne & Company, Inc.
                                           James C. Guilfoyle
                                           1829 East Spring Street
                                           STE 101
                                           New Albany, IN 47150
                                            Fax:
                                           jfg@inkylegal.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy